**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-7484**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

EDUARDO SAENZ,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert J. Conrad, Jr., District Judge.  (3:07-cr-00195-RJC-1)

Submitted:  April 25, 2019                                    Decided:  April 29, 2019

Before FLOYD and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Eduardo Saenz, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eduardo Saenz appeals the district court's order denying his "Motion for Judicial Notice Pursuant to Rule 201." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Saenz*, No. 3:07-cr-00195-RJC-1 (W.D.N.C. Oct. 29. 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*